■ BUILDERS' COUNCIL OF SUBURBAN NEW YORK, INC., et al., Respondents, v CITY OF YONKERS et al., Appellants.—In an action for a declaratory judgment, defendants appeal from a judgment of the Supreme Court, Westchester County, dated February 2, 1979, which, upon granting plaintiffs' cross motion for summary judgment, declared Local Law No. 3 of the Local Laws of 1978 of the City of Yonkers to be unconstitutional, illegal and void. We deem defendants' notice of appeal to be a premature notice from the judgment (CPLR 5520, subd [c]). Judgment affirmed, without costs or disbursements. Local Law No. 3 and RPAPL article 7-A are directed at the same subject matter and are inconsistent. Thus, Local Law No. 3 is pre-empted by article 7-A (see NY Const, art IX, § 2, subd [c]; Municipal Home Rule Law, § 10, subd 1, par [i]). Moreover, the local law denies multiple dwelling owners their right to procedural due process. It is replete with various improper and illegal provisions. Thus, Special Term correctly declared the law to be unconstitutional, illegal and void. Titone, J. P., Mangano, Gibbons and Weinstein, JJ., concur. [106 Misc 2d 700.]

■ CITY OF POUGHKEEPSIE, Respondent, v CITY OF POUGHKEEPSIE, UNIT, DUTCHESS COUNTY LOCAL 814, CIVIL SERVICE EMPLOYEES ASSOCIATION, Appellant.—In a proceeding pursuant to CPLR article 75 to stay arbitration, the appeal is from a judgment of the Supreme Court, Dutchess County, dated June 30, 1980, which granted the application. Judgment reversed, on the law, without costs or disbursements, application denied and the parties are directed to proceed to arbitration (see *Matter of City of Poughkeepsie v City of Poughkeepsie, Unit, Local 486, CSEA, 78 AD2d 653; City of Poughkeepsie v City of Poughkeepsie, Dutchess County Ch., CSEA, 78 AD2d 646*). Hopkins, J. P., Lazer, Gibbons and Gulotta, JJ., concur.